Cynthia M. Hennessey, Robert H. Pedroli, Robert H. Pedroli & Associates, Clayton, for plaintiff/appellant.

Denis C. Burns, John B. Singleton, Godfrey, Vandover & Burns, St. Louis, for defendant/respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

This is an appeal from a judgment entered in favor of defendant, Lettie Thurman in an action where, plaintiff, Karen Ryan, sought compensation for personal injuries arising from an automobile collision. Ryan appeals. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Hasan ALLISON, Appellant.**

**No. 70487.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 3, 1997.

Judith LaRose, Public Defender, Columbia, for appellant.

John Munson Morris, III, Kurt U. Schaefer, Attorneys General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Hasan Allison, appeals the judgment of conviction entered by the Circuit Court of the County of St. Louis after a jury found him guilty of one count of first degree

murder, RSMo § 565.050 (1994), seven counts of first degree assault, RSMo § 565.020 (1994), and eight counts of armed criminal action, RSMo § 571.015 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of conviction is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).